United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 12, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-41762
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NARCISO HERNANDEZ-ANTONIO,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:04-CR-383
--------------------

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Narciso Hernandez-Antonio has requested leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Hernandez-Antonio received a copy of counsel's motion but filed no response. Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.